UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>ANDRES CANALES, et al.,<br><br>    Defendants. | Case No. 19-cv-01527-TSH<br><br>**ORDER TO SHOW CAUSE** |

On March 25, 2017 Samuel Love filed a complaint against Andres Canales, DC Tires Rims and Auto Sales LLC and Does 1-10 ("Defendants"). ECF No. 1. DC Tires Rims and Auto Sales LLC ("DC Tires") was served on April 1, 2019, and its answer was due April 22, 2019. ECF No. 8. On April 22, 2019, DC Tires appeared in pro-per and filed its answer. ECF No. 9. However, "[i]t is a long-standing rule that '[c]orporations and other unincorporated associations must appear in court through an attorney.'" *D–Beam Ltd. Partnership v. Roller Derby Skates*, Inc., 366 F.3d 972, 973-74 (9th Cir. 2004) (quoting *Licht v. Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994)). This rule applies to limited liability companies and other business entities. *See Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993) ( "As the courts have recognized, the rationale for that rule applies equally to all artificial entities."); *see also* Civ. L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court.").

Accordingly, the Court **ORDERS** Defendant DC Tires to show cause why default should not be entered against it.[1] DC Tires shall file a declaration by May 23, 2019. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a

---

[1] This order to show cause renders Plaintiff's motion to strike DC Tires' answer (ECF No. 11) moot.

hearing.  <u>Notice is hereby provided that failure to file a written response may result in the entry of default against DC Tires.</u>  Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: May 16, 2019

THOMAS S. HIXSON
United States Magistrate Judge